AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BRAMLETTE, DAVID C. | 2. Court or Organization<br><br>U. S. DISTRICT COURT - SOUTHERN DISTRICT OF MISSISSIPPI | 3. Date of Report<br><br>06/21/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ARTICLE III SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>POST OFFICE BOX 928<br>NATCHEZ, MS 39121 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE EMERITUS | MISSISSIPPI NATURE CONSERVANCY |
| 2. | MEMBER BOARD OF TRUSTEES | NATCHEZ LITERARY CELEBRATION |
| 3. | BOARD OF DIRECTORS | BOB R. JONES IDLEWILD WILDLIFE RESEARCH INSTITUTE |
| 4. | BOARD OF TRUSTEES | WILDLIFE MISSISSIPPI |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 06/21/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Home Bank | Real Estate Loan | M |
| 2. | Home Bank | Real Estate Loan | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 50% interest in rental account-Regions Bank | A | Rent | J | T | | | | | |
| 2. 50% interest in account, rental property-Regions Bank | A | Rent | J | T | | | | | |
| 3. 25% interest in farm acct. -Regions Bank | A | Rent | J | T | | | | | |
| 4. 25% interest in estate acct.-Regions Bank | E | Rent | J | T | | | | | |
| 5. Entergy | B | Dividend | K | T | | | | | |
| 6. CSX | B | Dividend | J | T | | | | | |
| 7. Highland Corp. | C | Distribution | K | T | | | | | |
| 8. Highpoint Corp. | A | Dividend | J | T | | | | | |
| 9. Charles Schwab Investment Account: | | | | | | | | | |
| 10. - Arkansas Power & Light | B | Dividend | J | T | | | | | |
| 11. -Cash and Equivalents: | | | | | | | | | |
| 12. -Treasury Money Fund | A | Interest | K | T | Buy | 01/01/17 | M | | |
| 13. -CMA Govt. Securities Fund | B | Interest | L | T | | | | | |
| 14. -Schwab Govt. Money Fund | A | Dividend | K | T | | | | | |
| 15. - Mutual Funds | | | | | | | | | |
| 16. TS&W Equity Portfolio | E | Dividend | M | T | | | | | |
| 17. Transamerica TS&W | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Short Term Investment Grade Fund Admiral | A | Dividend | L | T | Buy | | L | | |
| 19. -Municipal Bonds | | | | | | | | | |
| 20. -MS Dev. 3.75%Due 6/01/19 | A | Interest | K | T | | | | | |
| 21. -New Albany MS Schl 4%18 Due 6/01/18 | A | Interest | K | T | | | | | |
| 22. Oxford MS Sch Dist 4% Due 4/1/21 | A | Interest | K | T | | | | | |
| 23. Desoto Cnty. Miss. 3.75%23 GO UTX Due 11/1/23 | A | Interest | K | T | | | | | |
| 24. Lauderdale Cnty MIS 2%19 Due 4/1/19 | A | Interest | K | T | | | | | |
| 25. MS ST 5%22 GO Due 11/1/22 | A | Interest | K | T | | | | | |
| 26. SM EDL BLDG CORP 3%18 Due 3/1/18 | A | Interest | K | T | | | | | |
| 27. Miss ST UNIV 3.22% EDUC IMPT Due 8/1/22 | A | Interest | K | T | | | | | |
| 28. City of Vicksburg 3.18% DB UTX 9/1/18 | A | Interest | K | T | | | | | |
| 29. West Rankin Miss UT 3.20% UTIL Due 12/1/20 | A | Interest | K | T | | | | | |
| 30. Entergy ARKAN | A | Dividend | J | T | | | | | |
| 31. PROPERTY #1 | | | | | | | | | |
| 32. 1/4 int. in 2050 ac., Wilkinson Co., MS 10/8/84 - $250,000 | D | Rent | N | R | | | | | |
| 33. PROPERTY #2: | | | | | | | | | |
| 34. 1/20 int. Adams Co., MS 8/86 - $23,000 | C | Distribution | K | R | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Addt'l. 1/7 x1/18th int. in Adams Co. MS 10/22/13 - $31,452, 14 | A | Distribution | K | R | | | | | |
| 36. PROPERTY #3: | | | | | | | | | |
| 37. Adams County, MS - 6/82 - $5,000 | | None | J | R | | | | | |
| 38. -Additional int. Adams Co., MS - 4/98 - $8,098 | | None | J | R | | | | | |
| 39. -Additional int. Adams County, MS - 4/98 - $12,500 | | None | K | R | | | | | |
| 40. -Additional acres Adams County, MS - 8/99 - $16,895 | | None | K | R | | | | | |
| 41. -Additional acres Adams County, MS $292,809-Kedron (Purchased from | | None | N | R | | | | | |
| 42. McCoy Estate on 11/18/15) | | | | | | | | | |
| 43. PROPERTY #4: | | | | | | | | | |
| 44. Wilkinson County, MS - 10/87 - $60,000 | | Rent | M | R | | | | | |
| 45. -Additional int. Wilkinson County, MS - 2/99 - $20,000 | | None | K | R | | | | | |
| 46. PROPERTY #5: | | | | | | | | | |
| 47. Wilkinson County, MS - 1976 - $65,000 | B | Rent | L | R | | | | | |
| 48. PROPERTY #6: | | | | | | | | | |
| 49. Wilkinson County, MS - 1984 - $25,000 | D | Rent | K | R | | | | | |
| 50. PROPERTY #7: | | | | | | | | | |
| 51. Two lots and residence Woodville, MS - 1984 -$40,000 | E | Rent | M | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PROPERTY #8: | | | | | | | | | |
| 53. Commericial Row Woodville, MS - 1984 - $12,000 | C | Rent | J | R | | | | | |
| 54. PROPERTY #9: | | | | | | | | | |
| 55. Partnership int. Valley Farm, MS - 1980 - $200,000 | D | Distribution | M | R | | | | | |
| 56. PROPERTY #10: | | | | | | | | | |
| 57. Wilkinson County, MS - 1980 - $1,500 | | None | J | R | | | | | |
| 58. PROPERTY #11: | | | | | | | | | |
| 59. 1/4 int. Wilkinson County, MS - 1984 - $18,000 - Mineral Lease | | None | K | R | | | | | |
| 60. PROPERTY #12: | | | | | | | | | |
| 61. 25 acres Wilkinson County, MS - 1984 - $13,500 | | None | J | R | | | | | |
| 62. PROPERTY #13: | | | | | | | | | |
| 63. Noxubee Co., MS - 1983 - $30,000 | D | Distribution | M | R | | | | | |
| 64. PROPERTY #14: | | | | | | | | | |
| 65. 287 acres, Lamar Co., AL - 1983 - $10,000 | | None | L | R | | | | | |
| 66. PROPERTY #15: | | | | | | | | | |
| 67. Pickens County, AL - 1983 - $12,000 | A | Royalty | J | R | | | | | |
| 68. PROPERTY #17: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wilkinson County, MS - 3/92 - $50,000 | | None | N | R | | | | | |
| 70. -Additional int. Wilkinson County, MS - Inherited from the Estate of | C | Distribution | N | R | | | | | |
| 71. ▨ October 2008; Value at time | | | | | | | | | |
| 72. of ▨ was $75,000 | | | | | | | | | |
| 73. OG&M #1: | | | | | | | | | |
| 74. Non-producing OG&M in following counties: | | | | | | | | | |
| 75. -Noxubee County, MS | A | Royalty | J | W | | | | | |
| 76. -Pickens County, AL | A | Royalty | J | W | | | | | |
| 77. -Tensas Parish, LA | A | Royalty | J | W | | | | | |
| 78. -Concordia Parish, LA | A | Royalty | J | W | | | | | |
| 79. -Adams Co., Ms | A | Royalty | J | W | | | | | |
| 80. -Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 81. OG&M #2: | | | | | | | | | |
| 82. Producing minerals Lamar Co., AL - Moon-Hines Well | A | Royalty | J | W | | | | | |
| 83. OG&M #3: | | | | | | | | | |
| 84. Non producing minerals Jefferson County, MS | | None | J | W | | | | | |
| 85. OG&M #4: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Producing minerals Wilkinson County, MS - Plains Marketing | D | Royalty | J | W | | | | | |
| 87. OG&M #5: | | | | | | | | | |
| 88. Non producing minerals Wilkinson County, MS | | None | J | W | | | | | |
| 89. OG&M #6: | | | | | | | | | |
| 90. Non producing minerals Amite Co., MS | | None | J | W | | | | | |
| 91. OG&M #7: | | | | | | | | | |
| 92. Non producing minerals Wilkinson County, MS | | None | J | W | | | | | |
| 93. OG&M #8: | | | | | | | | | |
| 94. Non producing minerals ANCOA-Parker 1-3 & SCBR1 | | None | J | W | | | | | |
| 95. OG&M #9: | | | | | | | | | |
| 96. Non producing minerals Wilkinson County, MS | | None | J | W | | | | | |
| 97. OG&M #10: | | | | | | | | | |
| 98. Non Producing minerals Wilkinson Co., MS | | None | J | W | | | | | |
| 99. OG&M #11: | | | | | | | | | |
| 100. Non producing minerals Ogden Unit Wells 2, 3 & 4 | | None | K | W | | | | | |
| 101. OG&M #12: | | | | | | | | | |
| 102. Non producing minerals -Freedom Field Wilkinson County, MS | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. OG&M #13: | | | | | | | | | |
| 104. Concordia Parish, LA McGowan Working Ptnrs. | A | Royalty | J | W | | | | | |
| 105. PROPERTY #18: | | | | | | | | | |
| 106. Undivided 30 net acres int. in Wilkinson County, MS | | None | J | W | | | | | |
| 107. OG&M #14: | | | | | | | | | |
| 108. Non producing minerals Oxy-Well, Wilkinson County, MS | | None | J | W | | | | | |
| 109. PROPERTY #19: | | | | | | | | | |
| 110. Int. in So. Canal Street Ptrnshp - 1993 - $50,000 | | None | | | Sold | 01/19/17 | M | F | Regions Bank |
| 111. PROPERTY #20: | | | | | | | | | |
| 112. 3,171.31 acres in Wilkinson County, MS - 9/94 - $1,600,00 | D | Rent | P1 | R | | | | | |
| 113. PROPERTY #21: | | | | | | | | | |
| 114. Lot in Wilkinson County, MS - 10/94 - $16,000 | | None | J | R | | | | | |
| 115. - Lot in Wilkinson County, MS - 9/00 - $17,000 | | None | K | R | | | | | |
| 116. 50% int. in Geoghegan Properties, LP | F | Dividend | P1 | T | | | | | |
| 117. 50% int. in S.C.G. Properties, Woodville, MS | C | Rent | L | T | | | | | |
| 118. Partnership int. in Walters Group, Ltd. | C | Dividend | L | T | | | | | |
| 119. Interest in Hard Times, Inc. | G | Distribution | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PROPERTY #22: | | | | | | | | | |
| 121. 2/5 Int. in property Wilkinson County, MS - 9/97 - $88,000 | E | None | M | R | | | | | |
| 122. PROPERTY #23: | | | | | | | | | |
| 123. 360 acres Wilkinson County, MS - 11/98 and 3/01 - $300,000 | G | Royalty | N | R | | | | | |
| 124. PROPERTY #24: | | | | | | | | | |
| 125. 1/4 int. in 70 acres, Adams County, MS - 1970 - $5,000 (Russell Tract) | A | Rent | J | R | | | | | |
| 126. PROPERTY #25: | | | | | | | | | |
| 127. 50% int. Wilkinson County, MS 1997 - $40,000 | A | Rent | K | R | | | | | |
| 128. PROPERTY #26: | | | | | | | | | |
| 129. 1/16th int. in Wilkinson County, MS - 12/2000 - $30,875 | | None | K | R | | | | | |
| 130. PROPERTY #27: | | | | | | | | | |
| 131. 67 acres in Wilkinson County, MS - 3/2000 - $67,000 | | None | L | R | | | | | |
| 132. PROPERTY #28: | | | | | | | | | |
| 133. 2/24th int. Wilkinson County, MS - 7/01 - $100,000 | | None | L | R | | | | | |
| 134. PROPERTY #29: | | | | | | | | | |
| 135. Undivided int. Wilkinson County, MS - 3/02 - $30,231 | | None | J | R | | | | | |
| 136. -Addt'l 1/10th int. Sections 25 and 26, Wilkinson County, MS-4//16/13- | | None | K | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. $30,000 | | | | | | | | | |
| 138. PROPERTY #30: | | | | | | | | | |
| 139. -Undivided int. in Wilkinson County, MS - 11/02 - $8,722 | | None | J | R | | | | | |
| 140. National Financial Services, LLC (IRA) | A | Interest | K | T | | | | | |
| 141. Home Bank CD | A | Interest | L | T | | | | | |
| 142. United MS Bank CD | A | Interest | L | T | | | | | |
| 143. OG&M #16: | | | | | | | | | |
| 144. Non Producing minerals Alex Ventress - Wilkinson County, MS | | None | J | W | | | | | |
| 145. PROPERTY #31: | | | | | | | | | |
| 146. 1/3 int. in 551 acres Wilkinson County, MS - 2005 - $250,000 | | None | N | R | | | | | |
| 147. Exxon Mobil | B | Dividend | K | T | | | | | |
| 148. NBC Capital Corp. (Cadence) | B | Dividend | K | T | | | | | |
| 149. Norfolk Southern Corp. | A | Dividend | J | T | | | | | |
| 150. New Investment Acct. Stocks and Funds (Merrill Lynch) | | | | | | | | | |
| 151. Chevron (Acq. 2/2/06) | A | Dividend | K | T | | | | | |
| 152. Ready Assets Fund | A | Dividend | K | T | | | | | |
| 153. American Washington Mutual Inv. Fund | A | Dividend | K | T | Buy | 08/03/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Lockheed Martin Corp. (Acq. 3/16/16) | A | Dividend | J | T | | | | | |
| 155. Pfizer Inc. (Acq. 3/1/16) | A | Dividend | J | T | | | | | |
| 156. Procter & Gamble (Acq. 3/16/16) | A | Dividend | J | T | | | | | |
| 157. Intel Corp. (Acq. 9/16/16) | A | Dividend | J | T | | | | | |
| 158. Eli Lilly & Co. (Acq. 11/23/16) | A | Dividend | K | T | | | | | |
| 159. U.S. Sec. Stripped Int. Pmt. Fixed Income | | None | J | T | | | | | |
| 160. Blackrock Eqty Dividend (Acq. 8/1/17) | A | Dividend | J | T | Buy | 08/01/17 | J | | |
| 161. Clearbride Large Cap (Acq. 8/1/17) | A | Dividend | J | T | Buy | 08/01/17 | J | | |
| 162. Delaware Small Cap Core (Acq. 8/1/17) | A | Dividend | J | T | Buy | 08/01/17 | J | | |
| 163. Edgewood Growth Fund CL (Acq. 8/1/17) | A | Dividend | J | T | Buy | 08/01/17 | J | | |
| 164. Ishares Russell 1000-IWD (Acq. 8/3/17) | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 165. Ishares Russell 1000-IWF- (Acq. 8/1/17) | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 166. Ishares U.S. Treasry Bond (Acq. 8/3/17) | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 167. Lazard Emerging Mkts (Acq. 8/1/17) | A | Dividend | J | T | Buy | 08/01/17 | J | | |
| 168. MFS Value FD CL 1 (Acq. 8/1/17) | A | Dividend | J | T | Buy | 08/01/17 | J | | |
| 169. Oppenheimer Int'l. (Acq. 8/1/17) | | Dividend | J | T | Buy | 08/01/17 | J | | |
| 170. SPDR Blmbrg Brcly (Acq. 8/3/17) | A | Dividend | J | T | Buy | 08/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. TCW Total Return (Acq. 8/1/17) | A | Dividend | J | U | Buy | 08/01/17 | J | | |
| 172. The Oakmark Int'l Fund (Acq. 8/1/17) | A | Dividend | J | T | Buy | 08/01/17 | J | | |
| 173. Vanguard Intrmdiate-Term-VCIT (Acq. 8/3/17) | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 174. Vanguard Intrmdiate-Term-VGSH (Acq. 8/3/17) | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 175. Vanguard Intrmdiate-Term-BNDX (Acq. 8/3/17) | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 176. PROPERTY #32: | | | | | | | | | |
| 177. Interest in house Woodville, MS - 2010 - $14,600 | | None | J | R | | | | | |
| 178. PROPERTY #33: | | | | | | | | | |
| 179. 1/3 int. 800 acres in Phillips County, AK 12/5/07 - $300,000 | D | None | N | R | | | | | |
| 180. OG&M #17: | | | | | | | | | |
| 181. Home Bank CD | A | Interest | M | T | | | | | |
| 182. United MS Bank CD | A | Interest | L | T | | | | | |
| 183. PROPERTY #34: | | | | | | | | | |
| 184. 22% in 1700 acres, Wilkinson County, MS 10/6/10 - $509,125 | | None | O | R | | | | | |
| 185. OG&M #18: | | | | | | | | | |
| 186. Minerals Wilkinson, Jefferson County,MS Concordia Parish, LA | A | Royalty | K | W | | | | | |
| 187. PROPERTY #35 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. 1/3 int. in Ptnship-Wilk. Co.,MS-2/3/10-$746,053-SP, LLC-Alligator Bay | E | None | O | R | | | | | |
| 189. OG&M #19: | | | | | | | | | |
| 190. 1/3 mineral interest in partnerhip Fort Adams, MS | | None | J | W | | | | | |
| 191. New Retirement Account: | | | | | | | | | |
| 192. Corporate Bonds: | | | | | | | | | |
| 193. - Royal Bk Scotlnd GRP LLC | A | Dividend | J | T | | | | | |
| 194. Mutual Bonds: | | | | | | | | | |
| 195. -American Washington Mutual | A | Interest | K | T | | | | | |
| 196. -Transamerica Asset | A | Interest | K | T | | | | | |
| 197. PROPERTY #36 | | | | | | | | | |
| 198. OG&M #20: | | | | | | | | | |
| 199. 1/6 int. minerals, Wilkinson County, MS | E | Royalty | K | W | | | | | |
| 200. Investment Account #1 Home Bank | B | Interest | M | T | | | | | |
| 201. Investment Account #2 United MS Bank | B | Interest | M | T | | | | | |
| 202. OG&M #21: | | | | | | | | | |
| 203. Mineral interest on Property #1 | D | Royalty | J | W | | | | | |
| 204. PROPERTY #37: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Inherited 1/3 int. in property in Wilkinson County, MS - | | | | | | | | | |
| 206. 2008 - $106,000 | E | Royalty | K | W | | | | | |
| 207. Real Estate Investment Trust: | | | | | | | | | |
| 208. National Securities Corp. | A | Dividend | J | T | Sold | 04/07/17 | K | | |
| 209. PROPERTY #38: | | | | | | | | | |
| 210. Exchanged Prop# 19 for property in Wilkinson Co. MS (373 Acres) | | None | O | R | | | | | |
| 211. Exchanged Canal Street for Stamps- Purchased 1/3/17 for $300,000 | | | | | | | | | |
| 212. PROPERTY #39: | | | | | | | | | |
| 213. 1/3 int. in partnership, Franklin County, MS (Seven Pines)- | | None | N | R | | | | | |
| 214. 10-4-11-$260,190.18 | | | | | | | | | |
| 215. PROPERTY #40 | | | | | | | | | |
| 216. David Bramlette conveyed to Stamps Land Co., LLC-1/3 OF 46% interest | | None | O | R | Buy | 01/03/17 | | | Vidal Davis/Seller |
| 217. in 2,437 acres in Wilkinson Co.-5/17/17-$300,000 | | | | | | | | | Howard Pritchartt/ Seller |
| 218. OG&M #22: | | | | | | | | | |
| 219. Producing Minerals in Wilkinson Co., MS (HKTMS, LLC)-$36,000 | E | Royalty | K | W | | | | | |
| 220. Royalty income from property on a well drilled on property listed on | | | | | | | | | |
| 221. Line 120 of the FDR for 2017 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 06/21/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. OG&M #23: | | | | | | | | | |
| 223. SN Operating | C | Royalty | K | W | | | | | |
| 224. -Royalty income from property on a well drilled on property | | | | | | | | | |
| 225. listed on Line 120 of the FDR for 2017 | | | | | | | | | |
| 226. OG&M #24: | | | | | | | | | |
| 227. Sanchez-Royalty income from property on a well drilled on property | C | Royalty | K | W | | | | | |
| 228. listed on Line 120 of the FDR for 2017 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) CMA Money Fund listed on the 2016 amended report, Line 14. This is the same Fund as identified on the 2017 report as the Treasury Money Fund.

2) House and Lot in Natchez, Adams County, Mississippi listed on Line 185 of 2016 amended report but not included on 2017 report. This property was gifted on June 12, 2006 and is a non-reportable event.

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 06/21/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ DAVID C. BRAMLETTE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544